AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  HOLDERMAN, JAMES F | 2. Court or Organization  U.S. District Court/NDI | 3. Date of Report  05/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  219 South Dearborn Street  Room 2146  Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Faculty (part-time) | John Marshall Law School |
| 2. Faculty (part-time) | University of Illinois College of Law |
| 3. Faculty (part-time) | Emory Law School |
| 4. President (not compensated) ▓▓▓ owned farm business | Holderman Farms, Inc., JHR Farms, Inc. |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. March | University of Illinois College of Law (part-time teaching) | $ 4,000.00 |
| 2. Jan; Aug | John Marshall Law School (part-time teaching) | $ 12,000.00 |
| 3. April | Emory Law School (part-time teaching) | $ 2,500 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan-Dec | Winston & Strawn |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Phi Delta Phi | August 17-20, 2005 - Phi Delta Phi International Legal Fraternity, New Orleans, Lousiana (Lodging and Transportation) |
| 2. Intellectual Property Law | April 14-16, 2005, Section of Intellectual Property Law American Bar Association, Arlington, Virginia (Transportation, Meals, Room) |
| 3. 2005 Trial Techniques Program | May 6-12, 2005, Emory Law School, Atlanta, Georgia, (Lodging and Transportation) |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLDERMAN, JAMES F | 05/15/2005 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLDERMAN, JAMES F | 05/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Country Companies Ins. Policies | A | Interest | M | T | | | | | |
| 2. JHR Farms, Inc. ▇▇▇▇farm)(dissolved in 2005) | H1 | Dividend | | | redemption | 1/7 | P1 | H1 | corporation dissolved |
| 3. Holderman Farms, Inc. (▇▇▇farm) (dissolved in 2005) | G | Dividend | | | redemption | 1/7 | M | G | corporation dissolved |
| 4. Fifth Third Bank Savings Account | B | Interest | J | T | | | | | |
| 5. First National Bank (LaGrange) | A | Interest | J | T | | | | | |
| 6. Northwestern Mutual Life Insurance Policy | | None | L | T | | | | | |
| 7. Fidelity Investment Group (a widely diversified mutual fund) | | None | L | T | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLDERMAN, JAMES F | 05/15/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As a further explanation of the transactions reported on Part VII, lines 2 and 3, columns B and D, the two ████ farm corporations, JHR Farms, Inc. and Holderman Farms, Inc., ceased doing business, liquidated their assests, which were primarily parcels of real estate located in Grundy County, Illinois, and dissolved in 2005.

| Name of Person Reporting | Date of Report |
|---|---|
| HOLDERMAN, JAMES F | 05/15/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _____ 5/9/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544